IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEINO JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>HOAGIES HEROES, LLC and<br>RICHARD KAGAN,<br><br>Defendants. | CIVIL ACTION<br>NO. 18-919 |

## ORDER

**AND NOW**, this 28th day of August 2019, upon receipt of Plaintiff's Praecipe to Withdraw Complaint (Doc. No. 3),[1] it is **ORDERED** that Plaintiff's Complaint against Defendants is **DISMISSED** pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i). It is further **ORDERED** that the Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

---

[1] This Court construes Plaintiff's Praecipe to Withdraw Complaint as a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under Rule 41, a plaintiff may dismiss an action without court approval by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). A matter may be closed following a filing of a "Praecipe to Withdraw Complaint" in accordance with Federal Rule of Civil Procedure 41(a)(1). See Schapiro, on Behalf of Schapiro v. Schapiro, No. CIV.A.95-CV-2408, 1995 WL 550636, at *1 (E.D. Pa. Sept. 13, 1995) (stating matter was closed following receipt of plaintiff's "Praecipe to Withdraw Complaint"). Here, Rule 41(a)(1)(A)(i) applies because Plaintiff filed a Praecipe to Withdraw Complaint and Defendants have not filed an answer or motion for summary judgment.